**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MINNEAPOLIS PAINTING, INDUSTRY HEALTH AND WELFARE FUND, et al.,

Plaintiffs,

v.

JACKSON DECORATING CO., and ARTHUR M. JACKSON,

Defendants.

Civil 00-937 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Pamela H. Nissen, McGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402, for plaintiff.

The Court having been advised that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Jan 22, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JAN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______